# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: San Francisco

---

UNITED STATES OF AMERICA,

**V.**

GUILLERMO ALEJANDRO ZARAGOZA, et al.,

FILED

FEB 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CR 08      0083

**DEFENDANT.**

**P.JH**

---

INDICTMENT

VIOLATIONS: 21 U.S.C. §§ 846, 841(a)(1)
and 841(b)(1)(A)(viii) – Conspiracy to
Distribute and Possess with Intent to
Distribute Methamphetamine; 21 U.S.C. §§
841(a)(1), 841(b)(1)(A)(viii) and 841(b)(1)(B)
(viii) – Distribution and Possession with Intent
to Distribute Methamphetamine; 18 U.S.C. § 2
- Aiding and Abetting; and 21 U.S.C. § 853 -
Criminal Forfeiture.

---

A true bill.

_____
Foreman

Filed in open court this ___ day of
February , 2008

_____
Clerk

Bail, $ —

No Bail arrest warrants to issue
at later date.

CH1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
  ☐ SUPERSEDING

── OFFENSE CHARGED ──

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

See Penalty Sheet attachment.

PENALTY:

See Penalty Sheet attachment.

── Name of District Court, and/or Judge/Magistrate Location ──

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

── DEFENDANT - U.S ──

▶ Guillermo Alejandro Zaragoza

DISTRICT COURT NUMBER

CR 08    0083    PJH

── DEFENDANT ──

── PROCEEDING ──

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    NICOLE M. KIM

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes  If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Date/Time:

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Before Judge:

2

## PENALTY SHEET ATTACHMENT:
## GUILLERMO ALEJANDRO ZARAGOZA

### Count 1
21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 4
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 5
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 6
21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── **DEFENDANT - U.S** ───

▶ Eduardo Zaragoza

DISTRICT COURT NUMBER

**CR 08    0089**

─── **PROCEEDING** ───

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. }

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    NICOLE M. KIM

**DEFENDANT**

─── **IS NOT IN CUSTODY** ───
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ **PJH**

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed? ☐ No    } give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## EDUARDO ZARAGOZA

**Count 1**

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

**Count 5**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

**Count 6**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

☐ Petty

☐ Minor

See Penalty Sheet attachment.

☐ Misde-
meanor

☒ Felony

PENALTY:

See Penalty Sheet attachment.

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

SHOW
DOCKET NO.

☐ U.S. ATTORNEY   ☐ DEFENSE }

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under }

Name and Office of Person
Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   NICOLE M. KIM

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

Manuel Corona Contreras

DISTRICT COURT NUMBER

CR 08    0083

PJH

─── DEFENDANT ───

**IS NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction }

☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed? ☐ No   give date
filed

DATE OF
ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT:
## MANUEL CORONA CONTRERAS

### Count 1
21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 4
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 7
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

Richard Aldo Parodi

DISTRICT COURT NUMBER

CR 08    0083

PJH

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    NICOLE M. KIM

**NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

☐ Federal  ☐ State

Has detainer been filed?  ☐ Yes  If "Yes" give date filed
☐ No

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## RICHARD ALDO PARODI

**Count 1**

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

**Count 2**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

☐ Petty

See Penalty Sheet attachment.          ☐ Minor

☐ Misde-
meaner

☒ Felony

PENALTY:

See Penalty Sheet attachment.

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

Martin Estrada Zaragoza

DISTRICT COURT NUMBER

CR 08 — 0083

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

**DEFENDANT**

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No    } give date
filed

DATE OF     ► Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ► Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## MARTIN ESTRADA ZARAGOZA

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 2

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

### Count 3

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and Possession with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

— DEFENDANT - U.S —

▶ Roberto Zaragoza Ruiz

DISTRICT COURT NUMBER

CR 08 0083

PJH

DEFENDANT

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No    give date filed

DATE OF   ▶   Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

12

## PENALTY SHEET ATTACHMENT:
## ROBERTO ZARAGOZA RUIZ

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 2

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

**MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ Lorenzo Carbajal

DISTRICT COURT NUMBER

CR 08    0083

**DEFENDANT**

**NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☒ On another conviction    } ☐ Federal ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No    give date filed

DATE OF ▶    Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

Defendant Address:

Date/Time:    Before Judge:

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

## PENALTY SHEET ATTACHMENT:
## LORENZO CARBAJAL

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 3

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                    ☐ SUPERSEDING

_Name of District Court, and/or Judge/Magistrate Location_

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── OFFENSE CHARGED ───

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

See Penalty Sheet attachment.

PENALTY:

See Penalty Sheet attachment.

─ DEFENDANT - U.S ─

▶ David Bejines Quezada

DISTRICT COURT NUMBER

**CR 08  0083**

─ DEFENDANT ─

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:          SHOW DOCKET NO.
    ☐ U.S. ATTORNEY   ☐ DEFENSE }

☐ this prosecution relates to a pending case involving this same defendant        MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     NICOLE M. KIM

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction    } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed? ☐ No    give date filed

DATE OF ▶ Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## DAVID BEJINES QUEZADA

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 8

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

David Blake Weld

DISTRICT COURT NUMBER

CR 08    0083

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Federal  ☐ State
If answer to (6) is "Yes", show name of institution

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST    Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:              Before Judge:

Comments:

18

## PENALTY SHEET ATTACHMENT:
## DAVID BLAKE WELD

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 3

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

► Juan Zaragoza

DISTRICT COURT NUMBER

CR 08 — 0083

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant  } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  }

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  NICOLE M. KIM

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  If "Yes" give date filed
☐ No

DATE OF ARREST ►  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT:**
**JUAN ZARAGOZA**

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 5

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

☐ Petty

See Penalty Sheet attachment.

☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY:

See Penalty Sheet attachment.

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ Martel Murillo Valencia

DISTRICT COURT NUMBER

CR 08 0083

**PJH**

─── DEFENDANT ───

**IS NOT IN CUSTODY**
   Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior
       summons was served on above charges ▶

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE
   **SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant
   **MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   } ☐ Federal  ☐ State

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No     give date filed

DATE OF ▶    Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## MARTEL MURILLO VALENCIA

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 5

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 8

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ Angelica Maria Rodriguez

DISTRICT COURT NUMBER

**CR 08    0083**

─── DEFENDANT ───

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges  ▶ **PJT**

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?   ☐ No     give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## ANGELICA MARIA RODRIGUEZ

**Count 1**

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

**Count 6**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ Paul Anthony Kozina

DISTRICT COURT NUMBER

CR 08 0083

PJH

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

☐ Federal  ☐ State

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

2b

## PENALTY SHEET ATTACHMENT:
## PAUL ANTHONY KOZINA

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 6

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
See Penalty Sheet attachment.

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ Irma Corona

DISTRICT COURT NUMBER

CR 08 ─ 0083

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.
}

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

Has detainer ☐ Yes
been filed? ☐ No

If "Yes"
give date
filed
}

DATE OF
ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY    Month/Day/Year ▶

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## IRMA CORONA

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 4

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney

2

3

4                                                    

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,        )   No. CR:
                                      )
13             Plaintiff,             )
                                      )   CR 08        0083
14        v.                          )
                                      )
15   GUILLERMO ALEJANDRO ZARAGOZA,    )   VIOLATIONS: 21 U.S.C. §§ 846, 841(a)(1),
          a.k.a. Moreno,              )   and 841(b)(1)(A)(viii) – Conspiracy to
16   EDUARDO ZARAGOZA,                )   Distribute and Possess with Intent to
          a.k.a. Eduardo Zaragoza Ruiz, )  Distribute Methamphetamine; 21 U.S.C. §§
          a.k.a. Lalo,                )   841(a)(1), 841(b)(1)(A)(viii), and
17   MANUEL CORONA CONTRERAS,         )   841(b)(1)(B)(viii) – Distribution and
     RICHARD ALDO PARODI,             )   Possession with Intent to Distribute
18        a.k.a Pelon,                )   Methamphetamine; 18 U.S.C. § 2 - Aiding
     MARTIN ESTRADA ZARAGOZA,         )   and Abetting; and 21 U.S.C. § 853 -
19        a.k.a. Manuel Guiterrez Sanchez, )  Criminal Forfeiture
          a.k.a. Martin E. Zaragoza,  )
20        a.k.a. Rafael Hernandez,    )
          a.k.a. Manuel Sanchez Zaragoza, )  SAN FRANCISCO VENUE
21   ROBERTO ZARAGOZA RUIZ,           )
     LORENZO CARBAJAL,                )
22   DAVID BEJINES QUEZADA,           )
          a.k.a. David Bejinez Quesada, )   **UNDER SEAL OF COURT**
23        a.k.a. David Quesadabejines, )
          a.k.a. Bucana,              )
24   DAVID BLAKE WELD,                )
     JUAN ZARAGOZA,                   )
25        a.k.a. Juan Manuel Zaragoza, )
     MARTEL MURILLO VALENCIA,         )
26                                    )
               (Continued)            )
27                                    )

28

                                1

  

1  ANGELICA MARIA RODRIGUEZ,              )
   a.k.a. Chilanga,                       )
2  a.k.a. Angelica Kozina,                )
   PAUL ANTHONY KOZINA, and               )
3  IRMA CORONA,                           )
   a.k.a. Irma Corona Contreras           )
4                                         )
   Defendants.                            )
5

6                    I N D I C T M E N T

7  The Grand Jury Charges:

8  COUNT ONE: (21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii))

9     Beginning at a date unknown to the Grand Jury, but no later than March 15, 2007, and

10 continuing until November 23, 2007, both dates being approximate and inclusive, in the

11 Northern District of California and elsewhere, the defendants,

12                   GUILLERMO ALEJANDRO ZARAGOZA,
                           a.k.a. Moreno,
13                       EDUARDO ZARAGOZA,
                a.k.a. Eduardo Zaragoza Ruiz, a.k.a. Lalo,
14                  MANUEL CORONA CONTRERAS,
                       RICHARD ALDO PARODI,
15                          a.k.a. Pelon,
                    MARTIN ESTRADA ZARAGOZA,
16        a.k.a. Manuel Guiterrez Sanchez, a.k.a. Martin E. Zaragoza,
            a.k.a. Rafael Hernandez, a.k.a. Manuel Sanchez Zaragoza,
17                    ROBERTO ZARAGOZA RUIZ,
                       LORENZO CARBAJAL,
18                   DAVID BEJINES QUEZADA,
      a.k.a David Bejinez Quesada, a.k.a. David Quesadabejines, a.k.a. Bucana,
19                      DAVID BLAKE WELD,
                         JUAN ZARAGOZA,
20                  a.k.a. Juan Manuel Zaragoza,
                    MARTEL MURILLO VALENCIA,
21                 ANGELICA MARIA RODRIGUEZ,
                         a.k.a. Chilanga,
22                    a.k.a. Angelica Kozina,
                     PAUL ANTHONY KOZINA,
23                        IRMA CORONA,
                    a.k.a. Irma Corona Contreras,
24

25 and others, did knowingly and intentionally conspire with others known and unknown to

26 distribute and possess with intent to distribute a Schedule II controlled substance, to wit:  fifty

27 (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation

28 of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

                                    2

1    COUNT TWO: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

2    On or about March 20, 2007, in the Northern District of California, the defendants,

3                         RICHARD ALDO PARODI,
                              a.k.a. Pelon,
4                      MARTIN ESTRADA ZARAGOZA,
          a.k.a. Manuel Guiterrez Sanchez, a.k.a. Martin E. Zaragoza,
5         a.k.a. Rafael Hernandez, a.k.a. Manuel Sanchez Zaragoza, and
                         ROBERTO ZARAGOZA RUIZ,

6    did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

7    controlled substance, to wit: fifty (50) grams or more of a mixture or substance containing a

8    detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and did

9    knowingly aid and abet such distribution and possession with intent to distribute the

10   aforementioned controlled substance, in violation of Title 21, United States Code, Sections

11   841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

12

13   COUNT THREE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2)

14   On or about June 19, 2007, in the Northern District of California, the defendants,

15                      MARTIN ESTRADA ZARAGOZA,
          a.k.a. Manuel Guiterrez Sanchez, a.k.a. Martin E. Zaragoza,
16           a.k.a. Rafael Hernandez, a.k.a. Manuel Sanchez Zaragoza,
                         LORENZO CARBAJAL, and
17                         DAVID BLAKE WELD,

18   did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

19   controlled substance, to wit: fifty (50) grams or more of methamphetamine, its salts, isomers,

20   and salts of its isomers, and did knowingly aid and abet such distribution and possession with

21   intent to distribute the aforementioned controlled substance, in violation of Title 21, United

22   States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

23

24   COUNT FOUR: (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2)

25   On or about August 15, 2007, in the Northern District of California, the defendants,

26                 GUILLERMO ALEJANDRO ZARAGOZA,
                              a.k.a. Moreno,
27               MANUEL CORONA CONTRERAS, and
                            IRMA CORONA,
28                    a.k.a. Irma Corona Contreras,

3

1  did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

2  controlled substance, to wit:  five hundred (500) grams or more of a mixture or substance

3  containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers,

4  and did knowingly aid and abet such distribution and possession with intent to distribute the

5  aforementioned controlled substance, in violation of Title 21, United States Code, Sections

6  841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

7

8  COUNT FIVE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2)

9      On or about September 22, 2007, in the Northern District of California, the defendants,

10                    GUILLERMO ALEJANDRO ZARAGOZA,
                              a.k.a. Moreno,
11                          JUAN ZARAGOZA,
                       a.k.a. Juan Manuel Zaragoza,
12                        EDUARDO ZARAGOZA,
               a.k.a. Eduardo Zaragoza Ruiz, a.k.a. Lalo, and
13                    MARTEL MURILLO VALENCIA,

14  did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

15  controlled substance, to wit:  fifty (50) grams or more of methamphetamine, its salts, isomers,

16  and salts of its isomers, and did knowingly aid and abet such distribution and possession with

17  intent to distribute the aforementioned controlled substance, in violation of Title 21, United

18  States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

19

20  COUNT SIX: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

21      On or about September 28, 2007, in the Northern District of California, the defendants,

22                    GUILLERMO ALEJANDRO ZARAGOZA,
                              a.k.a. Moreno,
23                        EDUARDO ZARAGOZA,
               a.k.a. Eduardo Zaragoza Ruiz, a.k.a. Lalo,
24                   ANGELICA MARIA RODRIGUEZ,
                             a.k.a. Chilanga,
25                     a.k.a. Angelica Kozina, and
                       PAUL ANTHONY KOZINA,

26  did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

27  controlled substance, to wit:  five (5) grams or more of methamphetamine, its salts, isomers, and

28  salts of its isomers, and did knowingly aid and abet such distribution and possession with intent

4

1    to distribute the aforementioned controlled substance, in violation of Title 21, United States

2    Code, Sections 841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

3

4    COUNT SEVEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2)

5    On or about October 10, 2007, in the Northern District of California, the defendant

6                        MANUEL CORONA CONTRERAS,

7    did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

8    controlled substance, to wit: fifty (50) grams or more of methamphetamine, its salts, isomers,

9    and salts of its isomers, and did knowingly aid and abet such distribution and possession with

10    intent to distribute the aforementioned controlled substance, in violation of Title 21, United

11    States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

12

13    COUNT EIGHT: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

14    On or about November 6, 2007, in the Northern District of California, the defendants,

15
16                      MARTEL MURILLO VALENCIA, and
                       DAVID BEJINES QUEZADA,
   a.k.a David Bejinez Quesada, a.k.a. David Quesadabejines, a.k.a. Bucana,

17    did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

18    controlled substance, to wit: fifty (50) grams or more of a mixture or substance containing a

19    detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and did

20    knowingly aid and abet such distribution and possession with intent to distribute the

21    aforementioned controlled substance, in violation of Title 21, United States Code, Sections

22    841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

23

24    FORFEITURE ALLEGATION: (21 U.S.C. § 853)

25    1. The allegations of Counts One through Eight of this Indictment are realleged and

26    incorporated herein.

27    2. Upon conviction of any of the offenses alleged in Counts One through Eight above, the

28    defendants,

1   GUILLERMO ALEJANDRO ZARAGOZA,
                a.k.a. Moreno,
2        EDUARDO ZARAGOZA,
    a.k.a. Eduardo Zaragoza Ruiz, a.k.a. Lalo,
3      MANUEL CORONA CONTRERAS,
            RICHARD ALDO PARODI,
4                a.k.a. Pelon,
        MARTIN ESTRADA ZARAGOZA,
5    a.k.a. Manuel Guiterrez Sanchez, a.k.a. Martin E. Zaragoza,
    a.k.a. Rafael Hernandez, a.k.a. Manuel Sanchez Zaragoza,
6          ROBERTO ZARAGOZA RUIZ,
            LORENZO CARBAJAL,
7         DAVID BEJINES QUEZADA,
    a.k.a David Bejinez Quesada, a.k.a. David Quesadabejines, a.k.a. Bucana,
8            DAVID BLAKE WELD,
               JUAN ZARAGOZA,
9         a.k.a. Juan Manuel Zaragoza,
        MARTEL MURILLO VALENCIA,
10     ANGELICA MARIA RODRIGUEZ,
              a.k.a. Chilanga,
11         a.k.a. Angelica Kozina,
        PAUL ANTHONY KOZINA,
12             IRMA CORONA,
         a.k.a. Irma Corona Contreras,

13  shall forfeit to the United States all property constituting and derived from any proceeds the

14  defendants obtained, directly or indirectly, as a result of said violations, and any property used, or

15  intended to be used, in any manner or part, to commit, or to facilitate the commission of said

16  violations, including, but not limited to the following property:

17          a.    a money judgment of not less than $600,000, which represents the value of

18                narcotics distributed by the defendants; and

19          b.    $10,720 in U.S. currency, which was seized pursuant to a search warrant

20                executed on Manuel CORONA's residence at 3085 Balgray Court, San

21                Jose, California on or about October 10, 2007.

22      2.    If, as a result of any act or omission of the defendant, any of said property

23          a.    cannot be located upon the exercise of due diligence;

24          b.    has been transferred or sold to or deposited with a third person;

25          c.    has been placed beyond the jurisdiction of the Court;

26          d.    has been substantially diminished in value; or

27          e.    has been commingled with other property which without difficulty cannot

28                be subdivided;

6

1  any and all interest defendants have in any other property (not to exceed the value of the above

2  forfeitable property) shall be forfeited to the United States.

3  All in violation of Title 21, United States Code, Sections 853(a)(1), (a)(2) and (p).

4

5  DATED: 02/19/08                    A TRUE BILL

6

7                                      FOREPERSON

8

9  JOSEPH P. RUSSONIELLO
10 United States Attorney

11

12 BRIAN J. STRETCH
   Chief, Criminal Division

13

14 (Approved as to form: _____)
                    AUSA Nicole M. Kim

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7