UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 9, 2008                                           **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0083 PJH

**Case Name:** United States v.   Martel Murillo Valencia (C)(Spanish Int.)
                                  Eduardo Zaragoza (C)(Spanish Int.)
                                  Lorenzo Carbajal (C)

**Attorney for Plaintiff:**    Nicole Kim
**Attorney for Defendant:**   Robert Waggener and Robert Lyons (Valencia)
                              Claire Leary (E. Zaragoza); Ismael Ramsey (Carbajal)

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Jim Yeomans

**Interpreter:** Christina Visus (Spanish)

**PROCEEDINGS**

Trial Setting (Carbajal)-Held. The government informs the court that most discovery has been provided to defense counsel. There is still some additional discovery that has not been produced. Time is excluded from 4/9/08 to 5/21/08 for complexity and effective preparation of counsel. The government to prepare order regarding exclusion of time.

Hearing Re: Conflict of Interest (Valencia and E. Zaragoza)-Held. Mr. Zaragoza will not waive conflict of interest. Mr. Waggener to remain appointed counsel for Mr. Valencia. Mr. Lyons is excused.

**CASE CONTINUED TO:** May 21, 2008 at 1:30 p.m. for Status/Trial Setting.

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category   Begins 4/9/08 Ends 5/21/08 (Carbajal)
-------------------------------------------------------------------------------------------------------------------

**cc:** chambers