Claire M. Leary
Attorney at Law
912 Cole Street, Suite 347
San Francisco, California 94117
Telephone:  (415) 225-4640
atyleary@aol.com
Counsel for Defendant Eduardo Zaragoza

In the United States District Court

For the Northern District of California

| | |
|---|---|
| United States of America, | ) Case No.  08-0083 PJH |
| Plaintiff, | ) Ex Parte Application and Order<br>) For Authorization of Funds<br>) For Interpreter Services |
| vs. | ) |
| Eduardo Zaragoza, et al., | ) |
| Defendants. | ) |

I declare under penalty of perjury that the following is true and correct:

The undersigned hereby requests that the Court authorize in advance the expenditure of $3,000.00 for the services of Interpreter Carole Glasser, 510-841-6511.  Defendant Eduardo Zaragoza speaks Spanish only and is in custody.  A Spanish-English interpreter is necessary because I cannot communicate with him.  The case involves a wiretap with thousands of calls and thousands of pages of discovery on complex matters which I must discuss with Mr. Eduardo Zaragoza.  Ms. Glasser has submitted one bill for interpreter services and has been paid.  Her Social Security Number is ███████.

[**Summary of pleading**] - 1

1
2      Her address is 1728 Parker St., Berkeley, California 94703
3  Dated:  May 27, 2008
4                                              _/s/
                                               Claire M. Leary
                                               Counsel for Defendant
5                                              Eduardo Zaragoza_
6                                              _____
7
8                              O R D E R
9      The foregoing request for advanced authorization of funds for
10 interpretive services is granted in the amount of _____.
11 Dated:
12                                         _____
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[**Summary of pleading**] - 2