UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff(s),<br>  v.<br>Eduardo Zaragoza,<br>      Defendant(s). | No. CR-08-0083 PJH (BZ)<br><br>**ORDER TO SHOW CAUSE** |

Defendant's arraignment on a superseding indictment was scheduled for November 12, 2008 at 9:30 a.m. V. Roy Lefcourt, counsel for the defendant, failed to appear. Counsel for the government, and the defendant, did appear. V. Roy Lefcourt is **ORDERED** to show cause on **November 13, 2008 at 9:30 a.m**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102, why he should not be held in contempt of court or otherwise sanctioned for failure to appear at the hearing.

Dated: November 12, 2008

                                            Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.08\ZARAGOZA.ORDERTOSHOWCAUSE.wpd

1